UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| SUPER 8 MOTELS, INC., | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. 06-1644 (JCL) |
| SAI KRUPA VICTORIA, INC., SHILA A. PATEL, MANHAR Z. PATEL, and MITA S. NAROTHIAN, | : **ORDER GRANTING PRELIMINARY INJUNCTION** |
| Defendants. | : |

**LIFLAND, District Judge**

For the reasons set forth in the Court's Opinion filed herewith, **IT IS** on this 29th day of September, 2006

**ORDERED** that Plaintiff Super 8 Motels, Inc.'s Motion for a Preliminary Injunction is **GRANTED**; and it is further

**ORDERED** that for the period from the date of this Order until final judgment herein, Defendants Sai Krupa Victoria, Inc., Shila A. Patel, Manhar Z. Patel, and Mita S. Narothian, and their employees, agents, members, affiliates, subsidiaries, officers, directors, representatives, independent contractors, and all

those who act in concert or participation with them, are enjoined and restrained from marketing, promoting, or renting guest lodging services at 3103 Highway 59, Victoria, Texas, through the use of Plaintiff's federally-registered service marks and trade names ("Super 8 Marks") or through the use of any marks or trade names that are confusingly similar to the Super 8 Marks; and it is further

**ORDERED** that the injunction described above encompasses, but is not limited to, the use of any and all print or telecommunications advertisements, drafts, labels, signs, flyers, stationery, envelopes, applications, booklets, brochures, catalogues, circulars, pamphlets, periodicals, bulletins, instructions, minutes, other communications, purchase orders, contracts, agreements, options to purchase, deeds, memoranda of agreements, assignments, licenses, books of account, orders, accounts, working papers, plans, internet sites, domain names and/or e-mail addresses that display, in any manner, the Super 8 Marks, any derivation of the Super 8 Marks, or names and marks confusingly similar to the Super 8 Marks; and it is further

**ORDERED** that Defendants comply with this injunction within 21 days of the date of this order; and it is further

**ORDERED** that Super 8 Motels, Inc. shall post a bond in the sum of $50,000 in a form acceptable to the Court.

/s/ John C. Lifland, U.S.D.J.